UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Rosa Zuaznabal                             Case No: 13-11847-RAM
                                                    Chapter 13

_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on March 21, 2013 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Rosa Zuaznabal
19824 NW 65 Court
Miami, FL 33015

Bank of America
c/o Prober & Raphael, a Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Bank of America, N.A.
P.O. Box 26012
Greensboro, NC 27410

Bank of America Corporation
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Via Certified Mail:

Bank of America, N.A.
c/o Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*_____
           Robert Sanchez, Esq., FBN#0442161