UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Rosa Zuaznabal                                    Case No: 13-11847-RAM
                                                            Chapter 13
_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on March 21, 2013 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Rosa Zuaznabal
19824 NW 65 Court
Miami, FL 33015

Country Lake Patio Homeowner's Association, Inc.
c/o Frank Perez-Siam, P.A.
7001 SW 87th Court
Miami, FL 33173

Country Lake Patio Homeowners Association, Inc.
c/o County Lake Management, Inc., Registered Agent
1840 West 49 Street, Suite #705
Hialeah, FL 33012

Via Certified Mail:

Country Lake Patio Homeowner's Association, Inc.
c/o Brian Harris, President
19901 NW 67th Court
Hialeah, FL 33015

                                    Respectfully Submitted:
                                    **ROBERT SANCHEZ, P.A.**
                                    Attorney for Debtor
                                    355 West 49th Street
                                    Hialeah, FL 33012
                                    Tel. 305-687-8008

                                    By:/s/ Robert Sanchez_____
                                        Robert Sanchez, Esq., FBN#0442161