# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR:  Rosa M. Zuaznabal        JOINT DEBTOR:          CASE NO.: 13-11847-RAM

Last Four Digits of SS#  2727        Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $230.00 for months 1 to 36 ;in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 + $750.00 (Motion to Value)+750.00 (Motion to Value)= $5,150.00
    TOTAL PAID $ 1,800.00 Balance Due  $ 3,350.00 payable $134.00 /month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Country Lake Patio Homeowners Association
Address:  1840 West 49th Street #705, Hialeah, FL 33012 Regular Payment $ 63.00 /month  (Months  1  to  36 )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America (Loan No. XXXX2409) | Homestead: 19824 NW 65 Court, Miami, FL 33015 $ 116,214.00 | 0 % | $0.00 | NONE | NONE |
| Country Lake Patio Homeowners Association | Homestead: 19824 NW 65 Court, Miami, FL 33015 $ 116,214.00 | 0 % | $0.00 | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  NONE                    Total Due    $
                                      Payable      $          /month  (Months     to    ) Regular Payment $

Unsecured Creditors:  Pay $ 10.00 /month  (Months 1 to 25 ); Pay $144.00/month Months 26 to 36 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is paying GMAC Mortgage directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Debtor                                  Joint Debtor
Date: 3/21/2013                         Date:

LF-31 (rev. 01/08/10)